UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF NEVADA, ex rel. Nevada
Gaming Control Board,

        Plaintiff - Appellee,

  v.

KALSHIEX, LLC,

        Defendant - Appellant.

No. 26-1304

D.C. No.
2:26-cv-00406-MMD-MDC
District of Nevada,
Las Vegas

ORDER

KalshiEX, LLC's Emergency Motion Under Circuit Rule 27-3 for an

Administrative Stay, filed March 13, 2026, is DENIED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT