UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF NEVADA, ex rel. Nevada Gaming Control Board,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>KALSHIEX, LLC,<br><br>Defendant - Appellant. | No. 26-1304<br><br>D.C. No.<br>2:26-cv-00406-MMD-MDC<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: R. NELSON, BADE, and LEE, Circuit Judges.

The briefing schedule (Dkt. No. 2) is modified as follows:

- Appellant's opening brief is due June 22, 2026.

- Appellee's answering brief is due July 22, 2026.

- Appellant's optional reply brief is due August 12, 2026.

All other deadlines and requirements remain in effect.

**IT IS SO ORDERED.**